## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PATRICIA MCKINNEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED | * | |
| | * | |
| **Plaintiff** | * | |
| vs. | * | Case No.: 1:08-CV-00333 |
| UNITED STOR-ALL CENTERS, INC., et al. | * | |
| **Defendants** | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*

### PRAECIPE – CONSENT EXTENSION TO FILE RESPONSIVE PLEADING

Plaintiff Patricia Helen McKinney, and Defendants United Stor-All Centers, Inc., and United Stor-All Management, LLC, by and through their undersigned counsel, hereby consent to provide Defendants United Stor-All Centers, Inc., and United Stor-All Management, LLC, through June 2, 2008, to file a responsive pleading to the Complaint.

Respectfully submitted,

_/s/   Mitchell I. Batt_____
Mitchell I. Batt, Esquire
Sullivan, Talbott, & Batt
77 South Washington Street
Suite 304
Rockville, Maryland 20850
Telephone: (301) 340-2450
*Attorneys for Plaintiff,*
*Patricia McKinney*

300672.1

/s/ Angela W. Russell

Angela W. Russell, Esquire
WILSON ELSER MOSKOWITZ
  EDELMAN AND DICKER LLP
200 St. Paul Place, Suite 2530
Baltimore, Maryland 21202
Telephone: (410) 962-8457
*Counsel for Defendants,*
*United Stor-All Centers, Inc.*
*United Stor-All Management, LLC*

## CERTIFICATE OF SERVICE

I HEREBY certify that a true copy of the foregoing Praecipe - Consent Extension to File Responsive Pleading was e-filed, on this 19th day of May, 2008 to:

> Angela W. Russell, Esquire
> WILSON ELSER MOSKOWITZ
> EDELMAN AND DICKER LLP
> 200 St. Paul Place, Suite 2530
> Baltimore, Maryland 21202
> *Counsel for Defendants,*
> *United Stor-All Centers, Inc.*
> *United Stor-All Management, LLC*

                                              /s/  Mitchell I. Batt
                                              Mitchell I. Batt, Esquire

300672.1