IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA HELEN MCKINNEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED : <br><br> Plaintiff : <br><br> v. : <br><br> UNITED STOR-ALL CENTERS, INC., ET AL. : <br><br> Defendants : | Civil Case No. 08-0333 (RMU) |

## PROOF OF SERVICE

COMES NOW the Plaintiff, by and through counsel, and pursuant to FRCP 4 (l) and Local Rule 5.3, files the attached Affidavit to establish proof of service on the Defendants in this matter.

Respectfully submitted,

SULLIVAN, TALBOTT & BATT

By: _____
Mitchell I. Batt, Fed Bar No. 444751
Attorney for Plaintiffs
77 S. Washington Street
Suite 304
Rockville, Maryland 20850
(301) 340-2450

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PATRICIA HELEN MCKINNEY, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED | : : : : | |
| Plaintiff | : | |
| v. | : : | Civil Case No. 08-0333 (RMU) |
| UNITED STOR-ALL CENTERS, INC., ET AL. | : : | |
| Defendants | : | |

## AFFIDAVIT OF MITCHELL I. BATT

I, Mitchell I. Batt, do hereby depose and state as follows:

1. I am over the age of eighteen (18) years and fully competent to testify to the matters stated herein.

2. I currently represent the Plaintiffs in Civil Action No. 08-0333 filed in the United States District Court for the District of Columbia.

3. On April 17, 2008, the following documents were mailed via certified mail, return receipt requested, to the Defendants: Writ of Summons, Complaint, Patricia McKinney's Consent to Participate in the 29 U.S.C. § 216(b) Collective Action, Civil Cover Sheet, Notice of Right to Consent to Trial Before a United States Magistrate Judge, and Initial Electronic Case Filing Order.

4. Anna L. Grimes signed for service on behalf of the Defendants on April 22,

2008. A copy of the green "return receipt" card, No. 7004 0550 0000 9546 1286 is attached.

5. Pursuant to the preceding, service has been properly effectuated on both Defendants on April 22, 2008.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
Mitchell I. Batt

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

SULLIVAN TALBOTT & BATT
77 S. Washington Street
Suite 304
Rockville, MD 20850

attn: mtB

mcKinney

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _Anne L Grimes_  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name) _Anna Grimes_  C. Date of Delivery 4/23/08 |
| 1. Article Addressed to:<br>Carol Shipley<br>208 E. Ridgeville Blvd<br>Suite 202<br>Mt Airy, Md 21771 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No<br>Blvd. |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service) | 7004 0550 0000 5546 1286 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540