UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **PATRICIA HELEN MCKINNEY** : | |
| : | |
| **Plaintiff** : | |
| : | Civil No.: 1:08-CV-00333 (RMU) |
| v. : | |
| : | |
| **UNITED STOR-ALL CENTERS, INC.,** : | |
| *et al.* : | |
| : | |
| **Defendants.** : | |

**CONSENT MOTION TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

COME NOW Plaintiff Patricia Helen McKinney, and Defendants United Stor-All Centers, Inc., and United Stor-All Management, LLC., by and through their counsel, respectfully move pursuant to Fed.R.Civ.P. 6(b) and for an enlargement of time for filing a responsive pleading through June 2, 2008.

The parties respectfully refer to the attached Memorandum of Points and Authorities. Pursuant to Local Rule 7(m), defense counsel has consulted with counsel for plaintiff, who consents to the relief requested. Accordingly, the parties respectfully request this Court to grant their Consent Motion To Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint.

301799.1

Respectfully submitted,

\_\_\_\_/s/_____
Mitchell I. Batt, Esquire
Sullivan, Talbott, & Batt
77 South Washington Street
Suite 304
Rockville, Maryland 20850
Telephone: (301) 340-2450
*Attorneys for Plaintiff,*
*Patricia McKinney*

\_\_\_\_/s/_____
Angela W. Russell, Esquire
WILSON ELSER MOSKOWITZ
  EDELMAN AND DICKER LLP
200 St. Paul Place, Suite 2530
Baltimore, Maryland 21202
Telephone: (410) 962-8457
*Counsel for Defendants,*
*United Stor-All Centers, Inc.*
*United Stor-All Management, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| PATRICIA HELEN MCKINNEY : | |
| : | |
| Plaintiff : | |
| : | Civil No.: 1:08-CV-00333 (RMU) |
| v. : | |
| : | |
| UNITED STOR-ALL CENTERS, INC., : | |
| *et al.* : | |
| : | |
| Defendants. : | |

**MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF THE CONSENT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Patricia Helen McKinney, and Defendants United Stor-All Centers, Inc., and United Stor-All Management, LLC, submit this Memorandum of Points and Authorities in support of their Consent Motion to Extend Time To Answer Or Otherwise Respond To The Complaint and enlarge the time for filing a responsive pleading through June 2, 2008, and as reason therefore state as follows:

1.  Defendants were recently served with the Complaint filed by Plaintiff Patricia Helen McKinney, which alleges claims for violations of the Fair Labor Standards Act and further statutory violations under the District of Columbia code.

2.  Defense counsel has recently been requested to represent defendants in connection with this litigation and counsel requires additional time to complete an investigation, and prepare the appropriate responsive pleadings.

3.  No discovery deadlines or trial date has been scheduled and the requested extension would not impact on the progress of the litigation.

3

4. On April 21 and April 30, 2008, counsel for plaintiff and counsel for defendants discussed issues regarding the necessity of more time being needed for the investigation of plaintiff's claims. On or about May 19, 2008, plaintiff's counsel advised that he consented to the extension of time to answer or otherwise respond to the Complaint until and including June 2, 2008.

5. For the reasons stated above, the parties respectfully request that this Court grant this Consent Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint.

6. Fed.R.Civ.P. 6(b) and the equitable power of this Court allow for the relief requested.

        /s/
Mitchell I. Batt, Esquire
Sullivan, Talbott, & Batt
77 South Washington Street
Suite 304
Rockville, Maryland 20850
Telephone: (301) 340-2450
*Attorneys for Plaintiff,*
*Patricia McKinney*

        /s/
Angela W. Russell, Esquire
WILSON ELSER MOSKOWITZ
  EDELMAN AND DICKER LLP
200 St. Paul Place, Suite 2530
Baltimore, Maryland 21202
Telephone: (410) 962-8457
*Counsel for Defendants,*
*United Stor-All Centers, Inc.*
*United Stor-All Management, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Consent Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint, with Memorandum and proposed Order was served via electronic filing this 27th day of May 2008, to:

Angela W. Russell, Esquire
WILSON ELSER MOSKOWITZ
EDELMAN AND DICKER LLP
200 St. Paul Place, Suite 2530
Baltimore, Maryland 21202
*Counsel for Defendants,*
*United Stor-All Centers, Inc.*
*United Stor-All Management, LLC*

                                             /s/
                                      Mitchell I. Batt, Esquire

301799.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| **PATRICIA HELEN MCKINNEY** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **Civil No.: 1:08-CV-00333 (RMU)** |
| v. | : | |
| | : | |
| **UNITED STOR-ALL CENTERS, INC.,** | : | |
| *et al.* | : | |
| | : | |
| **Defendants.** | : | |

# ORDER

UPON CONSIDERATION of the Consent Motion To Extend Time To Answer Or Otherwise Respond to Plaintiff's Complaint, and the lack of opposition thereto, it is this ____ day of _____ , 2008, HEREBY

ORDERED, that the Motion be and hereby is GRANTED, and

FURTHER ORDERED that defendants shall be permitted to file their Answer or other responsive pleadings by June 2, 2008.

_____
The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia

Copies to:

Mitchell I. Batt, Esquire
Sullivan, Talbott, & Batt
77 South Washington Street
Suite 304
Rockville, Maryland 20850
*Attorneys for Plaintiff,*
*Patricia McKinney*

6

301799.1

Angela W. Russell, Esquire
WILSON ELSER MOSKOWITZ
EDELMAN AND DICKER LLP
200 St. Paul Place, Suite 2530
Baltimore, Maryland 21202
*Counsel for Defendants,*
*United Stor-All Centers, Inc.*
*United Stor-All Management, LLC*

301799.1