IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PATRICIA MCKINNEY, INDIVIDUALLY**     :
**AND ON BEHALF OF OTHERS**
**SIMILARLY SITUATED**                  :

      Plaintiff                 :

v.                                      Civil No.: 1:08-CV-00333 (RMU)
                                        :

**UNITED STOR-ALL CENTERS, INC.,**
**ET AL.**                              :

      Defendants               :

### CONSENT MOTION TO AMEND PLEADING

COMES NOW the Plaintiff, by and through counsel, and pursuant to F.R.C.P. 15(a)(2) and Local Rule 15.1, moves to file the attached Amended Complaint, and for grounds states as follows:

1. In the original Complaint, the Plaintiff identified one of the Defendants as "United Stor-All Centers, Inc."

2. Counsel for the Defendants has represented to counsel for the Plaintiff that the proper name for this entity is "United Stor-All Centers, LLC."

3. The Plaintiff respectfully requests leave to amend the Complaint in order to correct the name of this Defendant.

4. The Defendant requested that this change be made and consents to this Motion.

WHEREFORE, Plaintiff respectfully requests that the Motion to Amend the

        Respectfully submitted,

        SULLIVAN, TALBOTT & BATT

By:   /s/ *Mitchell I. Batt*
       Mitchell I. Batt, Bar No. 444751
       Attorney for Plaintiffs
       77 S. Washington Street
       Suite 304
       Rockville, Maryland 20850
       (301) 340-2450

## **JURY DEMAND**

The Plaintiffs, through counsel, hereby requests a trial by jury as to all issues herein.

By:  */s/ Mitchell I. Batt*
       Mitchell I. Batt

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY, that a copy of the foregoing Amended Complaint was served via electronic filing this 11th day of June, 2008 to:

Angela W. Russell, Esquire
Wilson Elser Moskowitz Edelman and Dicker, LLP
200 St. Paul Place
Suite 2530
Baltimore, MD 21202
*Counsel for Defendants*

       */s/ Mitchell I. Batt*
       Mitchell I. Batt