UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| PATRICIA HELEN MCKINNEY : | |
| : | |
| Plaintiff : | |
| : | Civil No.: 1:08-CV-00333 (RMU) |
| v. : | |
| : | |
| UNITED STOR-ALL CENTERS, LLC, : | |
| *et al.* : | |
| : | |
| Defendants. : | |

### DEFENDANTS' DISCLOSURE
### OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST
### PURSUANT TO LOCAL CIVIL RULE 7.1

Defendants United Stor-All Centers, LLC, and United Stor-All Management, LLC, (collectively, "the defendants") through counsel, hereby file this Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia.

I, the undersigned, counsel of record for Defendants United Stor-All Centers, LLC (hereinafter "USAC"), and United Stor-All Management, LLC (hereinafter "USAM"), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of the defendants which have any outstanding securities in the hands of the public.

USAM is an affiliate of USAC. I further certify that United-Stor All Construction, LLC, is an affiliate of USAC. However, USAC and USAM **do not** have any outstanding securities in the hands of the public. Moreover, I certify that USAC **does**

302475.1

**not** have any parent company, subsidiary, or affiliate with any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for USAC and USAM.

Respectfully submitted,

/s/*Angela W. Russell*
Angela W. Russell, Esq.
WILSON ELSER MOSKOWITZ
    EDELMAN AND DICKER LLP
200 St. Paul Place, Suite 2530
Baltimore, Maryland 21202
Telephone: (410) 962-8457
*Counsel for Defendants,*
*United Stor-All Centers, LLC*
*United Stor-All Management, LLC*

302475.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Defendants' Disclosure of Corporate Affiliations and Financial Interests was served via electronic filing this 1st day of July 2008, to:

Mitchell I. Batt, Esquire
Sullivan, Talbott, & Batt
77 South Washington Street
Suite 304
Rockville, Maryland 20850
*Attorneys for Plaintiff,*
*Patricia McKinney*

              */s/ Angela W. Russell*
              Angela W. Russell, Esq.