**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **PATRICIA HELEN MCKINNEY,** | **:** | |
| **Plaintiff,** | **:** | |
| | | **Civil No.: 1:08-CV-00333 (RMU)** |
| **v.** | **:** | |
| **UNITED STOR-ALL CENTERS, INC.,** *et al.,* | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

**STIPULATION OF DISMISSAL**

Plaintiffs Patricia McKinney, Darryl Robinson, and Robyn Gray, and Defendants United

Stor-All Centers, Inc. and United Stor-All Management, LLC, through their respective counsel

of record, having reached a voluntary agreement through mediation under the auspices of

Magistrate Judge John M. Facciola, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to

the dismissal of the above-captioned civil action, with prejudice and with each of the parties to

bear his, her or its costs.

Respectfully Submitted,


| | |
|---|---|
| */s/ Mitchell I. Batt* | */s/ Benjamin W. Hahn* |
| Mitchell I. Batt, Esq. | Benjamin W. Hahn, Esq. |
| SULLIVAN, TALBOTT, & BATT | SCHNADER HARRISON SEGAL & LEWIS LLP |
| 77 South Washington Street, Suite 304 | 750 Ninth Street, N.W., Suite 550 |
| Rockville, Maryland 20850 | Washington, DC 20001-4534 |
| Telephone:    301-340-2450 | Telephone:    202-419-4200 |
| Facsimile:    301-424-8280 | Facsimile:    202-419-3454 |
| Email:    mbatt@verizon.net | Email:    bhahn@schnader.com |
| | |
| Date: April 26, 2010 | Date: April 26, 2010 |

PHDATA 3293082_1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Stipulation of

Dismissal was sent via U.S. Mail, first-class, postage prepaid, this 26 day of April, 2010, to:

Mitchell I. Batt, Esq.
SULLIVAN, TALBOTT, & BATT
77 South Washington Street, Suite 304
Rockville, Maryland 20850

*Attorney for Plaintiffs*

*/s/ Mollie L. Finnan*

Mollie L. Finnan

PHDATA 3293082_1